UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **ADRIAN DOUGLASS,** | Case No. CV 11-6162-AJW |
| Petitioner, | |
| v. | |
| **MELISSA LEA,** | JUDGMENT |
| Respondent. | |

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed as untimely.

Dated: December 19, 2011

_____
Andrew J. Wistrich
United States Magistrate Judge