UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| ADRIAN DOUGLASS, | ) | Case No. CV 11-6162-AJW |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| MELISSA LEA, | ) | |
| Respondent. | ) | |

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed as untimely.

Dated: December 19, 2011

_____
Andrew J. Wistrich
United States Magistrate Judge